IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| FRANCIS GRANDINETTI, #A0185087, | ) ) ) | CIV. NO. 20-00014 DKW-KJM |
| Plaintiff, | ) ) ) | DISMISSAL ORDER |
| vs. | ) ) | |
| DR. BRUCE S. ANDERSON, *et al.*, | ) ) | |
| Defendants. | ) ) | |

      Before the court is pro se Plaintiff Francis Grandinetti's "class" action alleged against past and present Hawaii Governors, Lieutenant Governors, Directors of the Department of Safety, Directors of the Department of Health, Wardens at various state and Mainland prisons, members of the Hawaii Paroling Authority, physicians, and Honolulu City and County police officers. *See* Compl., ECF No. 1. Liberally construed, Grandinetti complains about the alleged uncleanliness of various private Mainland prisons where he has been housed for the past twenty-five years. He makes no discernible, concrete claims linking any individual Defendant to any understandable constitutional violation.

Grandinetti has accrued three strikes pursuant to 28 U.S.C. § 1915(g), and he has been notified regarding these strikes many times.[1] He may not proceed in this action without prepayment of the civil filing fee, unless his pleadings show that he was in imminent danger of serious physical injury when he brought this action. *See Andrews v. Cervantes*, 493 F.3d 1047, 1053, 1055 (9th Cir. 2007). Nothing in the Complaint and its exhibits suggests that Grandinetti is or was in imminent danger of serious physical injury when he filed this action, particularly by any Defendants' conduct. Grandinetti alleges no facts that suggest there is a continuing practice that injured him in the past and that poses an "ongoing danger" to him at the Saguaro Correctional Center, where he is currently confined. *Id.* at 1056. Moreover, Grandinetti may not represent others in this alleged class action. *Simon v. Hartford Life, Inc.*, 546 F.3d 661, 664 (9th Cir. 2008).

Grandinetti may not proceed in forma pauperis in this action and he has not paid the civil filing fee for commencing a law suit. This action is DISMISSED without prejudice. This dismissal does not prevent Grandinetti from moving to reopen this action with concurrent payment of the filing fee.

---

[1]*See, e.g.*, *Grandinetti v. FTC Seg. Unit Staff*, 426 F. App'x 576 (9th Cir. 2011); *Grandinetti v. Abercrombie*, Civ. No. 15-00007 LEK-RLP (D. Haw. 2015); *Grandinetti v. Shimoda*, Civ. No. 05-00442 JMS-BMK (D. Haw. 2005); *Grandinetti v. Stampfle*, Civ. No. 05-00692 HG-LEK (D. Haw. 2005).

The Clerk is DIRECTED to terminate this case and enter judgment. In light of Grandinetti's documented history of continuing to file frivolous documents, motions, and requests in long-closed cases, the Court will take no further action herein beyond processing a notice of appeal, unless Grandinetti submits the civil filing fee to reopen this action.

IT IS SO ORDERED.

DATED: January 14, 2020 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

_Francis Grandinetti v. Dr. Bruce Anderson, et al_; Civil No. 20-00014 DKW-KJM; **DISMISSAL ORDER** ; 3 Stks '20 (class act. re. Mainland prisons)